MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
mike.long.law@msn.com

Attorney for RAYMOND RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23;116 KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~] ORDER ADDING DEFENDANT RODRIGUEZ TO THE 2:00 p.m. CALENDAR ON JULY 26, 2023 |
| RAYMOND RODRIGUEZ, | ) |
| Defendant. | ) Judge: Hon. Allison Claire<br>) Date: July 26, 2023<br>) Time: 2:00 p.m. |

It is hereby ordered that defendant Raymond Rodriguez is added to the 2:00 p.m. calendar on July 26, 2023.

Dated: July 25, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-