|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 26, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAYMOND A. RODRIGUEZ,

        Defendant.

Case No.  2:23-cr-00116-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **RAYMOND A. RODRIGUEZ**, Case No. 2:23-cr-00116-KJM , Charge 18 USC 922(g)(1) , from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

    \_\_\_\_\_   Bail Posted in the Sum of $ _____

        \_\_\_\_\_   Unsecured Appearance Bond $ _____

        \_\_\_\_\_   Appearance Bond with 10% Deposit

        \_\_\_\_\_   Appearance Bond with Surety

        \_\_\_\_\_   Corporate Surety Bail Bond

        **x**   (Other):  release to state custody by agreement of the parties

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 26, 2023 at 3:40 PM

                                                  By:   */s/ Allison Claire*

                                                        Magistrate Judge Allison Claire